■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO JIMENEZ, Appellant. [858 NYS2d 645]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered July 27, 2006. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.